| Attorney or Party Name. Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik, Esq. SBN 182562<br>Russell J. Stong, III Esq. SBN 180736<br>SIMON & RESNIK, LLP<br>510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>Tel: (213) 572-0800<br>Fax: (213) 572-0860<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br>Edgar J. Orellana<br><br><br><br><div align="right">Debtor(s).</div> | CHAPTER: 13<br><br>CASE NO.: LA08-25921 VZ<br><br>DATE: 1/19/10<br>TIME: 10:30 am<br>CTRM: 1368<br>FLOOR: 13th |

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT

(MOVANT: Mortgage Electronic Registration Systems. Inc.   )

(RESPONDENT: ☒ Debtor   ☐ Trustee   ☐ Other: _____ )

---

> ***GENERAL NOTE:*** *A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

---

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   > ***NOTE:*** *If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date)*:

   The reason for this request is *(specify)*:

<div align="center">(Continued on next page)</div>

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<div align="right">**F 4001-1M.RES**</div>

| In re        Edgar J. Orellana | (SHORT TITLE)          Debtor(s). | CHAPTER: 13        CASE NO.: LA08-25921 VZ |
|---|---|---|

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

    a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

☐ The value of the Property is $_____, based upon (*specify*):

☐ Total amount of debt (loans) on the Property is $_____.

☒ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit "A"____.

☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

☐ Service of the Motion:   ☐ Not all parties were served   ☐ Insufficient notice of the hearing

☐ Incorrect address used for (*specify*) _____

☐ Other (*specify*):

    b. Respondent asserts:

☐ Case has been converted from Chapter _____ to Chapter _____.

☐ All postpetition arrears will be cured by the hearing date.

☐ The Debtor has equity in the Property in the amount of $_____.

☐ Movant has an equity cushion of $_____ which is sufficient to provide adequate protection.

☐ The Property is necessary for an effective reorganization because (*specify reasons why*):

☒ The Motion should be denied because (*specify*):
    The Debtor has made all post petition payments.

*(Continued on next page)*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Response to Motion for Relief from Stay - *Page 3 of* 11__     **F 4001-1M.RES**

| In re | | CHAPTER: 13 |
|---|---|---|
| Edgar J. Orellana | (SHORT TITLE) | |
| | Debtor(s). | CASE NO.: LA08-25921 VZ |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> **NOTE RE SUPPORTING PAPERS**: *Declarations in opposition to the Motion* **MUST** *be attached hereto.  Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible.  You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> **NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS**: *Pursuant to the Local Bankruptcy Rules. you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.*

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

☒ Declaration by Debtor          ☐ Declaration by Debtor's Attorney
☐ Declaration by Trustee         ☐ Declaration by Trustee's Attorney
☐ Declaration by Appraiser       ☐ Memorandum of Points and Authorities *(optional)*
☐ Other *(specify)*:

Dated:  12/28/09

Respectfully submitted,

Edgar J. Orellana
_____
*Respondent's Name*

Simon & Resnik, LLP
_____
*Law Firm Name (if applicable)*

By: _____
*Signature*

Name:   Matthew D. Resnik
_____
*Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF EDGAR ORELLANA
## IN OPPOSITION OF RELIEF FROM STAY
## ON HIS PRIMARY RESIDENCE AT 1730, 1732 EAST 85th STREET

I, Edgar Orellana, do hereby declare that all of the following is true and correct to the best of our personal knowledge and if called upon as a witness We could and would competently testify to the truthfulness of all of the below statements.

1. I am the Debtor in the instant bankruptcy proceeding, Case No. LA 08-25921 VZ. This case was confirmed on February 9, 2009 with a 38% payback to unsecured creditor.

2. I intend to keep my primary residence. I am current on my trustee payment and will continue to pay the Chapter 13 Trustee in an effort to reorganize my personal and financial affairs and receive the Chapter 13 discharge.

3. I have not received an correspondence that directs me to pay anyone other than Specialized Loan Servicing.

4. I have made all the payments that movant alleges have not been made. Please find attached as exhibit "A"to this declaration  true and correct copies of the cashiers checks paid to Specialized Loan Servicing.

5. I have the funds to make payment to Specialized Loan Servicing for December 2009 and January 2010. I have not made those payments because the payments are the subject of this motion. I will tender them at the hearing in full.

5. I request the court deny the motion and allow the property to remain in the bankruptcy estate.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 2 8 day of December, 2009, at Los Angeles, California.

_____
Edgar Orellana, Declarant

# Exhibit A

**OFFICIAL CHECK**

SERIAL #:  0018808504

ACCOUNT#:  4861-505337

| 00188 | 11-24 |
| Office AU # | 1210(8) |

Purchaser:  **BRENDA V RIVAS**
Purchaser Account:  **1001132289**
Operator I.D.:  **cu013956**

**August 10, 2009**

PAY TO THE ORDER OF    ***SPECIALIZED LOAN SERVICING ***
***#1002910225***

***Two thousand seven hundred ninety-seven dollars and 41 cents***    **\*\*$2,797.41\*\***

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   2,797.41

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  09311168

**OFFICIAL CHECK**

00188    11-24
Office AU #    1210(8)

SERIAL #:   0018808564

ACCOUNT#:  4861-505337

Purchaser:          **BRENDA V RIVAS**
Purchaser Account:  **1001132289**
Operator I.D.:      **cu015283**

**September 16, 2009**

PAY TO THE ORDER OF      ***SPECIALIZED LOAN SERVICING***
                        ***LOAN # 1002910225***

***Two thousand seven hundred ninety-seven dollars and 41 cents***          **\*\*$2,797.41\*\***

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   2,797.41

**NON-NEGOTIABLE**

## Purchaser Copy

FB004    M4203  0931116S

| 00188 | 11-24 | | SERIAL #:  0018808603 |
|---|---|---|---|
| Office AU # | 1210(8) | | ACCOUNT#:  4861-505337 |

OFFICIAL CHECK

Purchaser:          **BRENDA V RIVAS**
Purchaser Account:  **1001132289**
Operator I.D.:      **cu013596**

**October 12, 2009**

PAY TO THE ORDER OF       ***SPECIALIZED LOAN SERVICING ***
                          ***#1002910225***

***Two thousand seven hundred ninety-seven dollars and 41 cents***        **$2,797.41**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  2,797.41

**NON-NEGOTIABLE**

## Purchaser Copy

FB004    V4203  0931'168

00188
Office AU #

11-24
1210(8)

OFFICIAL CHECK

SERIAL #:  0018808658

ACCOUNT#:  4861-505337

Purchaser:              **BRENDA V RIVAS**
Purchaser Account:  1001132289
Operator I.D.:          cu014152        cu005458

**November 10, 2009**

PAY TO THE ORDER OF        ***SPECIALIZED  LOAN SERVICING***
                                              ***LOAN NO: 1002910225***

***Two thousand seven hundred ninety-seven dollars and 41 cents***          **\*\*$2,797.41\*\***

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  2,797.41

**NON-NEGOTIABLE**

## Purchaser Copy

FB004    M42C3  09244064

| In re: Edgar J. Orellana | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: LA08-25921-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 510 West 6th Street, Ste 1220 Los Angeles, CA 90014

A true and correct copy of the foregoing document described: Response to Motion for Order to Terminate, The Automatic Stay _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY FIRST CLASS U.S MAIL**(indicate method for each person or entity served)**:**
On   12/28/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (**indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/28/09 | Susie Segura | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re: Edgar J. Orellana | CHAPTER 13 |
| Debtor(s). | CASE NUMBER: LA08-25921-VZ |

Edgar Orellana & Brenda Rivas
1730-1732 E. 85th Street
LA, CA 90001

Les Zieve, Esq
Law Offices of Les Zieve
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648

Specialized Loan Serv., (Jr Lien Holder)
8742 Lucent Blvd., Ste 300
Highlands Ranch, CO 80129

Nancy Curry
Chapter 13 Trustee
606 South Olive Street, Ste 950
Los Angeles, CA 90014

USBC Chambers of Honorable Vincent Zurzolo
255 E. Temple Street, Room 1360
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                          **F 9013-3.1**